UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BASSAM AWAD,
        Plaintiff,

v.

Bank of America,
        Defendant.

Civil No. 22-cv-11179-LTS

**MOTION FOR PACER USER FEE EXEMPTION**

Movant Bassam Awad holding the following PACER account login name: bawadbawad requests an exemption from payment of the Electronic Public Access Fee ("PACER User Fee") which is prescribed by the Judicial Conference of the United States as set forth in 28 U.S.C. § 1930. In support of this Motion for Exemption From Payment of the PACER User Fee, the movant states as follows:

1. Exemption from payment of the PACER User Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

2. Movant agrees that all information, reports, documents, and other data obtained using a fee exempt PACER account will not be sold for profit or otherwise exchanged for value.

3. Movant agrees that all information, reports, documents, and other data obtained using a fee-exempt PACER account will be used only in connection with the movant's activities which qualify for the exemption and not activities which are unrelated to the exemption.

4. Movant agrees to establish a separate fee-based PACER account for activities which are not exemption-related and will use the appropriate PACER account for those activities.

5. Movant acknowledges that exemption from payment of the PACER User Fee will be granted for a maximum term of 12 months for all other PACER users.

6. Movant acknowledges that the exemption from payment of the PACER User Fee may be revoked at any time at the discretion of the court.

7. Movant acknowledges that movant may not knowingly permit or cause to permit the PACER User Fee exemption to be used by anyone other than an authorized agent of the movant. Furthermore, movant acknowledges that the agent's use of the exemption shall be only in connection with the exemption-related activities for which the movant was granted the exemption, and that the agent is subject to the movant's restrictions under Section 2(c)-(e) of the "Guidelines for Motion For Exemption From Payment of the PACER User Fee."

Based upon the foregoing, the movant requests that the court grant the Motion for PACER User Fee exemption.

Respectfully Submitted,

Dated: April 01, 2023

_____
Awad Bassam, Pro Se Plaintiff
Ph. No. 857 869 2929

## DECLARATION UNDER PENALTY OF PERJURY

I Awad Bassam declare under penalty of perjury that the foregoing statements and information are true and correct to the best of my knowledge, information, and belief.

*Sd, /Bassam Awad/*                                                      April 01, 2023

Signature:                                                                        Date: